FILED
BILLINGS DIV.

IN THE UNITED STATES DISTRICT COURT

2010 APR 19  PM 12 02

FOR THE DISTRICT OF MONTANA

PATRICK E. DUFFY, CLERK

BILLINGS DIVISION

BY _____
DEPUTY CLERK

| | |
|---|---|
| DAVID OMMUNDSON, | CV 09-150-BLG-RFC |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

United States Magistrate Judge Carolyn Ostby has entered Findings and

Recommendation (*Doc. 13*) on Petitioner David Ommundson's Petition for Writ

of Habeas Corpus under 28 U.S.C. § 2254.  With regard to Counts 1, 2, and 3,

Magistrate Judge Ostby recommends they be dismissed.

Upon service of a magistrate judge's findings and recommendation, a party

has 14 days to file written objections.  28 U.S.C. § 636(b)(1).  Ommundson has

filed timely objections.  *Doc. 15,*  Accordingly, the Court must make a *de novo*

determination of those portions of the Findings and Recommendations to which

objection is made.  28 U.S.C. § 636(b)(1).

1

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Based upon the record in Ommundson's indecent exposure case, it is apparent that Ommundson fully exposed himself to Officer Floth.  A rational juror could have found that Ommundson's genitals were exposed, that he knew his nudity on a public trail would be an affront to persons using the trail, and he chose to be nude for the purpose of harassing persons using the trail.  The jury's verdict and the Montana Supreme Court's decision were both more than reasonable.

Accordingly, **IT IS HEREBY ORDERED** that Claims 1, 2, and 3 are **DENIED**.  A certificate of appealability is **DENIED** as to Claims 1, 2, and 3.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this _____ day of April, 2010

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE